**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 11-6344**

---

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

TYRONE MCNEIL,

            Defendant - Appellant.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.   Thomas David Schroeder, District Judge.  (2:95-cr-00251-TDS-2; 1:11-cv-00034-TDS-PTS)

---

Submitted:  October 18, 2011          Decided:  October 20, 2011

---

Before WILKINSON, MOTZ, and DIAZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Tyrone McNeil, Appellant Pro Se.  Robert Michael Hamilton, Angela Hewlett Miller, Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone McNeil appeals the district court's order dismissing as successive his 28 U.S.C.A. § 2255 (West Supp. 2011) motion. The district court referred this case to a magistrate judge pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2006 & Supp. 2011). The magistrate judge recommended that relief be denied and advised McNeil that the failure to file timely objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). McNeil has waived appellate review by failing to file objections after receiving proper notice. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2